# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

───────────────────

Case No. 5D2024-2337
LT Case No. 2018-012178-CIDL

───────────────────

LINDA BELLOMIO COMMONS,
ESQUIRE, AND LINDA BELLOMIO
COMMONS, P.A.,

    Appellants,

    v.

MICHELE WILSON, as PERSONAL
REPRESENTATIVE of the ESTATE
of NICHOLAS ADAM BLAKELY,
and STETSON UNIVERSITY, INC.,

    Appellees.

───────────────────

On appeal from the Circuit Court for Volusia County.
Kathryn D. Weston, Judge.

Linda Bellomio Commons, of Linda Bellomio Commons, P.A.,
Tampa, and Desiree E. Bannasch, of Desiree Bannasch, P.A.,
Orlando, for Appellants.

Joanna Greber Dettloff, A. Lance Reins, and Rainey C. Booth, Jr.,
of Mendes, Reins & Wilander, PLLC, Tampa, and Isaac Ruiz-
Carus, of Greco Wozniak & Ruiz-Carus, P.A., Tampa, and
Christopher Klemawesch and Jason M. Melton, of Whittel &
Melton, LLC, Spring Hill, for Appellees.

December 11, 2025

PER CURIAM.

AFFIRMED.

WALLIS, EDWARDS, and MacIVER, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————